IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., § § § | |
| Plaintiff, § § | Civil Action No. 5:21-cv-00905 |
| v. § § | |
| GREGORY HARE and ELENA A. HARE, § § | |
| Defendants. § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS**

Mortgage Electronic Registration System, Inc. ("Plaintiff") files this its *Notice of Voluntary Dismissal of Defendants* and respectfully shows the Court as follows:

**I.**

Plaintiff files this its Notice of Voluntary Dismissal ("Notice") pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff files this Notice before Defendants Gregory Hare and Elena A. Hare ("Defendants") have filed an answer or motion for summary judgment. As such, Plaintiff voluntarily dismisses the claims it has asserted herein against Defendants without prejudice to the re-filing of same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Plaintiff's claims against Defendants Gregory Hare and Elena A. Hare be dismissed without prejudice, that no prejudice attach to such dismissal, and that Plaintiff be awarded all other relief to which Plaintiff may be entitled.

Respectfully submitted,

By:   */s/ Mark D. Cronenwett*
    **MARK D. CRONENWETT**
    Texas Bar No. 00787303
    mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 8th day of October 2021 a true and correct copy of the foregoing document was delivered to the following parties in the manner described below:

**Via U.S. Mail**
Gregory Hare
Elena A. Hare
607 Kingbird Place
New Braunfels, Texas  78130
*Defendants*

    */s/ Mark D. Cronenwett*
    **MARK D. CRONENWETT**